## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| **ABILENE PARAMOUNT PROPERTIES,** | § § § § | |
| **Plaintiff,** | § § | **CASE NO. 1:15-cv-00202** |
| vs. | § § § | |
| **AMERICAN STATES INSURANCE COMPANY,** | § § § § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Abilene Paramount Properties, ("Plaintiff"), and Defendant American States Insurance Company ("Defendant") (Plaintiff and Defendant will referred to collectively as the "Parties") file this Joint Motion to Dismiss with Prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted by Plaintiff against Defendants, be dismissed with prejudice to the re-filing of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that the above-styled and numbered case be dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring same.

Respectfully Submitted,

*/s/ Scott G. Hunziker*
Bill L. Voss
Texas Bar No. 24047043
Scott G. Hunziker
Texas Bar No. 24032446
Bryan Beverly
Texas Bar No. 24082688

**THE VOSS LAW CENTER**
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bill.voss@vosslawfinn.com
scott@vosslawfirm.com
bryan@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ABILENE PARAMOUNT PROPERTIES**


*/s/ Colin Batchelor*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, TX 75038
Telephone: 214.492.5720
Facsimile: 214.492.5721
Email:    mark.tillman@tb-llp.com
          colin.batchelor@tb-llp.com

**ATTORNEYS FOR DEFENDANT**
**AMERICAN STATES INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record via electronic means and/or facsimile, on the 29th day of February, 2016, in accordance with the Federal Rules Of Civil Procedure.

**ATTORNEYS FOR PLAINTIFF**
Bill L. Voss
Scott G. Hunziker
Bryan Beverly

**THE VOSS LAW CENTER**
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bill.voss@vosslawfinn.com
scott@vosslawfirm.com
bryan@vosslawfirm.com

                                        */s/ Colin Batchelor*
                                        COLIN BATCHELOR